UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARJORIE SCRIPTER,

    Plaintiff,

v.                                Case No.:  2:23-cv-39-KCD

SOCIAL SECURITY
COMMISSIONER,

    Defendant.
_____/

## **ORDER**

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment with Remand. (Doc. 20.) The Commissioner believes that remand is appropriate to accomplish the following:

> Upon remand, the Commissioner will instruct the Administrative Law Judge to obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base, offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

(Doc. 20 at 1.) Plaintiff consents to the relief requested.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 20) is **GRANTED**.

2. The decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ORDERED** in Fort Myers, Florida this June 6, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record